

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2021

No. 04-20-00228-CR

Jorge **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000030D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

On March 9, 2021, we abated this appeal and ordered the trial court to conduct an abandonment hearing pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure. On March 19, 2021, the trial court conducted an abandonment hearing via Zoom and found that appellant still desires to prosecute this appeal and neither appellant nor counsel has abandoned the appeal. On March 29, 2021, appellant's counsel filed the brief.

Accordingly, we **ORDER** the abatement lifted and reinstate this appeal on this court's docket. We further **ORDER** the State to file its brief **by April 28, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court